**SEALED**

**FILED**
JAN 17 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

PHILLIP A. TALBERT
United States Attorney
CHRISTOPHER D. BAKER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

1:17 MJ 00006 BAM

IN THE MATTER OF CRIMINAL
COMPLAINT RE: SETH ADAM DEPIANO.

CASE NO. 1:17-MJ-

(PROPOSED) ORDER SEALING AFFIDAVIT ON COMPLAINT AND RELATED FILINGS

The United States of America having applied to this Court for an Order sealing the complaint, application, warrant and affidavit in the above-entitled proceedings, together with its Application to Seal, and Memorandum of Points and Authorities, and good cause appearing therefor,

IT IS HEREBY ORDERED that the complaint, application, warrant and affidavit in the above-entitled proceeding, together with the Application to Seal of the United States Attorney and the accompanying Memorandum of Points and Authorities, shall be sealed and shall not be disclosed pending further order of this court.

DATED: 1/17/17

_____
HONORABLE BARBARA A. McAULIFFE
U.S. Magistrate Judge

(PROPOSED) ORDER SEALING AFFIDAVIT ON
COMPLAINT AND RELATED FILINGS                    1